UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-0395 FMO (RAOx) | Date | June 9, 2021 |
|---|---|---|---|
| Title | Immigrant Defenders Law Center, et al. v. U.S. Department of Homeland Security, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):
None Present                         None Present

**Proceedings:**   (In Chambers) Order Re: Pending Motions

    Having reviewed the case file, and on the court's own motion, IT IS ORDERED THAT the hearing for the pending Motion to Dismiss [ ] (Dkt. 27) and Motion for Preliminary Injunction (Dkt. 29), currently set for June 17, 2021, is hereby **continued** to **July 7, 2021, at 10:00 am** in Courtroom 6D of the First Street Courthouse.

                                                                                     00 : 00

Initials of Preparer     vdr