UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | No. 2:21-cv-00395 FMO (RAOx)<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT** |

/ / /

/ / /

IT IS SO ORDERED that, for good cause shown in the parties' separately filed stipulation, Defendants shall have an extension of time, up to and including August 13, 2021, to answer Plaintiffs' First Amended Complaint.

Dated: August 10, 2021

/s/
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Jason K. Axe*
JASON K. AXE
MATTHEW J. SMOCK
Assistant United States Attorney
Attorneys for Defendants