UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 2:21-cv-00395 FMO (RAOx)<br><br>**ORDER** |

1  The Court, having considered the parties' Joint Stipulation Regarding
2  Administrative Record, and good cause appearing therefor, hereby ORDERS that:

3  1. On or before August 31, 2021, Defendants shall compile the administrative record in this action, file with this Court a certified list of the administrative record's contents, and serve a copy of the administrative record upon Plaintiffs' counsel in electronic format.

7  2. If Plaintiffs have any concerns regarding the contents of the administrative record, the parties will confer in good faith and attempt to resolve such disputes. If they are unable to resolve any disputes, on or before September 24, 2021, Plaintiffs shall file any motions in connection with the administrative record.

Dated: August 17, 2021

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Matthew J. Smock*
JASON K. AXE
MATTHEW J. SMOCK
Assistant United States Attorney
Attorneys for Defendants