UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: CV 21-00395 FMO (RAOx)  Date: October 21, 2021
Title: Immigrant Defenders Law Center et al. v. U.S. Department of Homeland Security et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

N/A  N/A

**Proceedings:** (In Chambers) **ORDER SETTING LETTER BRIEFING SCHEDULE AND INFORMAL DISCOVERY HEARING**

On October 18, 2021, the parties emailed the Court to request an informal discovery conference ("IDC") regarding Plaintiffs' request for extra-record discovery. The Court requested that the parties propose a letter briefing schedule with a goal of hearing the dispute on November 10, 2021. On October 20, 2021, the parties emailed the Court with their proposed letter briefing schedule along with page limits. The Court adopts the schedule proposed by the parties with one modification as to the reply brief as follows:

- Plaintiffs' opening letter brief, no longer than 5 pages exclusive of exhibits, shall be filed by **October 27, 2021**.
- Defendants' responsive letter brief, no longer than 5 pages exclusive of exhibits, shall be filed by **November 3, 2021**.
- Plaintiffs' reply letter brief, no longer than 3 pages exclusive of exhibits, shall be filed by **3 p.m. on November 8, 2021**.

A telephonic hearing has already been scheduled for **November 10, 2021 at 11:00 a.m.** for Plaintiffs' motion to compel. *See* Dkt. Nos. 54, 55. Plaintiffs' request for extra-record discovery will also be heard at the November 10 hearing.

**IT IS SO ORDERED.**

: 
Initials of Preparer   dl