1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 12  IMMIGRANT DEFENDERS LAW CENTER; *et al.*, | Case No. 2:21-cv-00395-FMO-RAOx |
| 13                     Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** |
| 14  v. | |
| 15  U.S. DEPARTMENT OF HOMELAND SECURITY; *et al.*, | Hon. Fernando M. Olguin |
| 16 | |
| 17                     Defendants. | |
| 18 | |

19

20   For the reasons set forth in the Parties' Stipulation, IT IS SO ORDERED

21  that the following deadlines shall apply to discovery in this case:

22   1.   Defendants shall comply with Magistrate Judge Oliver's December 8,

23  2021 Order (Dkt. 82) no later than January 28, 2022;

24   2.   The fact discovery cutoff shall be continued until February 28, 2022,

25  in order to provide sufficient time for Defendants to comply with Magistrate Judge

26  Oliver's December 8, 2021 Order and any further orders issued by Magistrate

27

28

ORDER RE: STIP. TO EXTEND DEADLINES        CASE NO. 2:21-cv-00395-FMO-RAO

Judge Oliver related to the discovery sought by Plaintiffs' Letter Motion for Extra-Record Discovery (Dkt. 57);

3. The Parties agree that the request to continue the discovery cut-off is solely to address the remaining issues concerning the discovery at issue in Magistrate Judge Oliver's December 8, 2021 Order;

4. To the extent that Plaintiffs deem Defendants responses as deficient in some manner, Plaintiffs reserve the right to request that the Court further modify the discovery requests served to date to address that deficiency in a further order;

5. Expert discovery related deadlines shall be modified in accordance with the Parties' agreement below;

6. All other deadlines in the Court's June 23, 2021 Scheduling and Case Management Order re: Bench Trial (Dkt. No. 41) shall remain in effect.

| Deadline | Current Date | NEW Date |
|---|---|---|
| Court-Ordered Discovery | December 22, 2021 | January 28, 2022 |
| Fact Discovery Cut-Off | December 22, 2021 | February 28, 2022 |
| Initial Expert Witness Disclosure | January 5, 2022 | January 28, 2022 |
| Rebuttal Expert Witness Disclosure | February 4, 2022 | February 28, 2022 |
| Expert Discovery Cut-Off | March 4, 2022 | March 28, 2022 |

Dated: December 20, 2021

/s/
_____
Hon. Fernando M. Olguin
United States District Judge