UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER; et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,<br><br>            Defendants. | No. 2:21-cv-00395 FMO (RAOx)<br><br>**ORDER REGARDING CONTINUING EXPERT DISCOVERY CUT-OFF**<br><br>Hon. Fernando M. Olguin |

IT IS HEREBY ORDERED that the expert discovery deadline in this action is continued until October 31, 2022, solely for the purpose of permitting Defendants to depose Plaintiffs' expert, Minal Giri, M.D., on or before that date.

Dated: **September 9, 2022**

_Fernando M. Olguin_
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants

1