1  HARRISON J. FRAHN, IV (206822)
   hfrahn@stblaw.com
2  STEPHEN P. BLAKE (260069)
   sblake@stblaw.com
3  SIMPSON THACHER &
   BARTLETT LLP
4  2475 Hanover Street
   Palo Alto, California 94304
5  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
6

7  *Attorneys for Plaintiffs Immigrant*
   *Defenders Law Center; Refugee and*
8  *Immigrant Center for Education and*
   *Legal Services; South Texas Pro Bono*
9  *Asylum Representation Project, a*
   *project of the American Bar*
10 *Association; and The Door*

11 [Additional counsel listed below]

12                **UNITED STATES DISTRICT COURT**

13          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14                     **WESTERN DIVISION**

15 IMMIGRANT DEFENDERS LAW          Case No. 2:21-cv-00395-FMO-RAOx
   CENTER; *et al.*,
16                                   **ORDER GRANTING JOINT**
                                     **STIPULATION TO EXTEND**
17                Plaintiffs,        **DEADLINES**

18          v.                       Hon. Fernando M. Olguin

19 U.S. DEPARTMENT OF HOMELAND
   SECURITY; *et al.*,
20
                  Defendants.
21

22

23

24

25

26

27

28

KAREN C. TUMLIN (234691)
karen.tumlin@justiceactioncenter.org
ESTHER H. SUNG (255962)
esther.sung@justiceactioncenter.org
JANE BENTROTT (323562)
jane.bentrott@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, California 90027
Telephone: (323) 316-0944

HANNAH K. COMSTOCK (311680)
hcomstock@immdef.org
CAITLIN E. ANDERSON (324843)
caitlin@immdef.org
IMMIGRANT DEFENDERS
LAW CENTER
634 S. Spring Street, 10th Floor
Los Angeles, California 90014
Telephone: (213) 634-7602
Facsimile: (213) 282-3133

*Attorneys for Plaintiffs Immigrant
Defenders Law Center; Refugee and
Immigrant Center for Education and
Legal Services; and The Door*

For the reasons set forth in the Parties' Stipulation, IT IS SO ORDERED that the following deadlines shall apply in this case:

1.    The deadline for the Parties to file motions for summary judgment shall be continued from November 8, 2022 to November 29, 2022;

2.    The deadline for the Parties to file memoranda of contentions of facts and law, witness lists, the pretrial exhibit stipulation, and the joint motions in limine shall be continued from January 6, 2023 to February 3, 2023;

3.    The deadline for the Parties to file the pretrial conference order, proposed findings of fact and conclusions of law, objections to witness declarations, opening statements, and reply memoranda to motions in limine shall be continued from January 13, 2023 to February 10, 2023;

4.    The final pretrial conference shall be continued from January 27, 2023 at 10:00 a.m. to February 24, 2023 at 10:00 a.m.;

5.    The trial date shall be continued from February 6, 2023 at 9:00 a.m. to March 6, 2023 at 9:00 a.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

ORDER RE: STIP. TO EXTEND DEADLINES        CASE NO. 2:21-CV-00395-FMO-RAO

| Deadline | Current Date | Proposed Date |
|:---:|:---:|:---:|
| Motion for Summary Judgment Filing Deadline | November 8, 2022 | November 29, 2022 |
| Memoranda of Contentions of Fact and Law; Witness List; Pretrial Exhibit Stipulation; Joint Motions In Limine Filing Deadline | January 6, 2023 | February 3, 2023 |
| Pretrial Conference Order; Proposed Findings of Fact and Conclusions of Law; Objections to Witness Declarations; Opening Statements; Reply Memoranda to Motions in Limine Filing Deadline | January 13, 2023 | February 10, 2023 |
| Final Pretrial Conference | January 27, 2023 at 10:00 a.m. | February 24, 2023 at 10:00 a.m. |
| Trial | February 6, 2023 at 9:00 a.m. | March 6, 2023 at 9:00 a.m. |

Dated: October  5 , 2022

/s/
Hon. Fernando M. Olguin