# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-0395 FMO (RAOx) | Date | October 19, 2022 |
|---|---|---|---|
| Title | Immigrant Defenders Law Center, et al. v U.S. Department of Homeland Security, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present    None Present

**Proceedings:**    (In Chambers) Order Re: Further Proceedings

Having reviewed and considered the parties' Joint Stipulation to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction (ECF No. 69) and Extend Summary Judgment, Pretrial, and Trial Deadlines (Dkt. 154, "Stipulation"), IT IS ORDERED THAT:

1. The Stipulation (**Document No. 154**) is **granted**, as set forth herein.

2. The hearing on plaintiffs' Renewed Motion for Preliminary Injunction (Dkt. 69) scheduled for October 20, 2022, is continued to **November 17, 2022,** at **10:00 a.m.**[1]

3. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than **December 27, 2022**, and noticed for hearing regularly under the Local Rules. Any untimely or non-conforming motion will be denied. *All potentially dispositive motions shall comply with the requirements set forth in the Court's Order Re: Summary Judgment Motions (Dkt. 42).* Each party is allowed one potentially dispositive motion.

4. The parties shall file memoranda of contentions of fact and law; witness lists; witness declarations; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **February 17, 2023**.

5. The parties shall lodge their proposed Pretrial Conference Order and file the proposed findings of fact and conclusions of law; objections to witness declarations; opening statements; and reply memoranda to motions in limine no later than **February 24, 2023**.

6. The final pretrial conference and hearing on motions in limine is scheduled for **March

---

[1] Except as set forth in this order, the parties shall comply with all the dates and requirements set forth in the Court's Case Management Order of June 23, 2021 (Dkt. 41).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 21-0395 FMO (RAOx)** | Date | **October 19, 2022** |
|---|---|---|---|
| Title | **Immigrant Defenders Law Center, et al. v U.S. Department of Homeland Security, et al.** | | |

**10, 2023,** at 10:00 a.m.

    7.  The trial is scheduled to begin on **March 27, 2023**, at 9:00 a.m.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | gga |