# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-0395 FMO (RAOx) | Date | December 14, 2022 |
|---|---|---|---|
| Title | Immigrant Defenders Law Center, et al. v U.S. Department of Homeland Security, et al. | | |

**Present: The Honorable**   Fernando M. Olguin, United States District Judge

| Gabriela Garcia | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present                          None Present

**Proceedings:**   **(In Chambers) Order Re: Further Proceedings**

Having reviewed the parties' availability for trial, IT IS ORDERED THAT:

1.  The parties shall file memoranda of contentions of fact and law; witness lists; witness declarations; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **March 31, 2023**. No party may file more than three motions in limine.

2.  The parties shall lodge their proposed Pretrial Conference Order and file their objections to the witness declarations, and reply memoranda to motions in limine no later than **April 7, 2023**.

3.  The final pretrial conference and hearing on motions in limine is scheduled for **April 21, 2023**, at **10:00 a.m.**

4.  The bench trial is scheduled to begin on **Monday, May 8, 2023**, at **9:00 a.m.**  On the first day of trial, **counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

5.  Except as set forth in this Order, the parties shall comply with all the requirements set forth in the Court's Case Management Order, filed on June 23, 2021 (Dkt. 41).

6.  In light of the consolidation of the motion for preliminary injunction with the trial on the merits, plaintiffs' Motion for Preliminary Injunction (**Document No. 69**) is **denied without prejudice**.

00 : 00

Initials of Preparer   gga