UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 2:21-cv-00395 FMO (RAOx)<br><br>**ORDER DISMISSING DEFENDANTS 1) U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; (2) U.S. OFFICE OF REFUGEE RESETTLEMENT; (3) ROBIN DUNN MARCOS, DIRECTOR OF U.S. OFFICE OF REFUGEE RESETTLEMENT; and (4) XAVIER BECERRA, SECRETARY OF HEALTH AND HUMAN SERVICES FROM THIS ACTION**<br><br>Hon. Fernando M. Olguin |

Pursuant to the parties separately filed stipulation,

IT IS HEREBY ORDERED that

1.  Defendants HHS, ORR, Marcos, and Becerra are dismissed without prejudice from this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,[1] and

2.  ORR's and HHS's Policy and ORR's Verified Responses will remain admissible for evidentiary purposes at trial in this matter, notwithstanding the dismissal of ORR and HHS from this action.

Dated: June 5, 2023

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Xavier Becerra, the current Secretary of Health and Human Services, is automatically substituted in place of Norris Cochran, and Robin Dunn Marcos, the current Director of the Office of Refugee Resettlement, is automatically substituted in place of Ken Tota. Therefore, the docket entries for Norris Cochran and Ken Tota will be updated as "Terminated" upon the entry of dismissal of Xavier Becerra and Robin Dunn Marcos from this action.