| | |
|---|---|
| 1 | STEPHEN P. BLAKE (260069) |
| 2 | sblake@stblaw.com<br>HILARY A. SOLOFF (314727) |
| 3 | hilary.soloff@stblaw.com<br>SARAH H. BRIM (323509) |
| 4 | sarah.brim@stblaw.com<br>RACHEL A. JUNE-GRABER |
| 5 | (337148)<br>rachel.june-graber@stblaw.com |
| 6 | SIMPSON THACHER &<br>BARTLETT LLP |
| 7 | 2475 Hanover Street<br>Palo Alto, California 94304 |
| 8 | Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002 |

*Attorneys for Plaintiffs Immigrant Defenders Law Center; Refugee and Immigrant Center for Education and Legal Services; South Texas Pro Bono Asylum Representation Project, a project of the American Bar Association; and The Door*

[Additional counsel listed below]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER; *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-00395-FMO-RAOx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PRE-TRIAL DEADLINES**<br><br>Hon. Fernando M. Olguin |

1 | KAREN C. TUMLIN (234691)
2 | karen.tumlin@justiceactioncenter.org
    ESTHER H. SUNG (255962)
3 | esther.sung@justiceactioncenter.org
    JANE BENTROTT (323562)
4 | jane.bentrott@justiceactioncenter.org
    JUSTICE ACTION CENTER
5 | P.O. Box 27280
    Los Angeles, California 90027
6 | Telephone: (323) 316-0944

7 | *Attorneys for Plaintiffs Immigrant Defenders Law Center; Refugee and Immigrant Center for Education and Legal Services; and The Door*

ALVARO M. HUERTA (274787)
ahuerta@immdef.org
HANNAH K. COMSTOCK (311680)
hcomstock@immdef.org
CARSON SCOTT (337102)
cscott@immdef.org
BRYNNA BOLT (339378)
bbolt@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring Street, 10th Floor
Los Angeles, California 90014
Telephone: (213) 634-0999-
Facsimile: (213) 282-3133

*Attorneys for Plaintiffs Immigrant Defenders Law Center; Refugee and Immigrant Center for Education and Legal Services; and The Door*

For the reasons set forth in the Parties' Stipulation, **IT IS SO ORDERED** that:

The deadlines for the Parties to file their proposed Pretrial Conference Order, objections to witness declarations, opening statements, and reply memoranda to motions *in limine* and proposed Findings of Fact and Conclusions of Law in this action, as set in the Court's May 15, 2023 Order (Dkt. 185) and pursuant to Local Rule 52-1, shall be continued for the reasons set forth in the Parties' stipulation. Those dates include the following:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Proposed Pretrial Conference Order | July 5, 2023 | July 12, 2023 |
| Objections to witness declarations | July 5, 2023 | July 12, 2023 |
| Opening statements | July 5, 2023 | July 12, 2023 |
| Reply memoranda to motions *in limine* | July 5, 2023 | July 12, 2023 |
| Proposed Findings of Fact and Conclusions of Law | July 5, 2023 *or* August 7, 2023 | July 12, 2023 |

Dated: June 29, 2023

　　　　　　　　/s/　　　　　　　　　
Hon. Fernando M. Olguin