# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*, | Case No. 2:21-cv-00395-FMO-RAO |
| Plaintiffs, | **ORDER** |
| v. | Hon. Fernando M. Olguin |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

For the reasons stated in the accompanying notice, it is hereby ORDERED that the Clerk is directed to remove Karen C. Tumlin as attorney for Plaintiff South Texas Pro Bono Asylum Representation Project, a project of the American Bar Association in this matter. Ms. Tumlin continues to represent all other Plaintiffs in this matter.

IT IS SO ORDERED.

DATED: August 4, 2023

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE