Stephen P. Blake
STEPHEN P. BLAKE (260069)
sblake@stblaw.com
HILARY A. SOLOFF (314727)
hilary.soloff@stblaw.com
RACHEL A. JUNE-GRABER (337148)
rachel.june-graber@stblaw.com
SARAH H. BRIM (323509)
sarah.brim@stblaw.com
SIMPSON THACHER &
BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorneys for Plaintiffs Immigrant Defenders Law Center; Refugee and Immigrant Center for Education and Legal Services; South Texas Pro Bono Asylum Representation Project, a project of the American Bar Association; and The Door*

[Additional counsel listed below]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-00395-FMO-RAO<br><br>**ORDER GRANTING JOINT STIPULATION [276] TO EXTEND POST-TRIAL BRIEFING SCHEDULE**<br><br>Hon. Fernando M. Olguin |

1  KAREN C. TUMLIN (234691)
   karen.tumlin@justiceactioncenter.org
2  ESTHER H. SUNG (255962)
   esther.sung@justiceactioncenter.org
3  JANE BENTROTT (323562)
   jane.bentrott@justiceactioncenter.org
4  JUSTICE ACTION CENTER
   P.O. Box 27280
5  Los Angeles, California 90027
   Telephone: (323) 316-0944
6
   *Attorneys for Plaintiffs Immigrant Defenders Law Center; Refugee and Immigrant Center for Education and Legal Services; and The Door*

   ALVARO M. HUERTA (274787)
   ahuerta@immdef.org
   HANNAH K. COMSTOCK (311680)
   hcomstock@immdef.org
   CARSON SCOTT (337102)
   cscott@immdef.org
   BRYNNA BOLT (339378)
   BBolt@immdef.org
   IMMIGRANT DEFENDERS LAW CENTER
   634 S. Spring Street, 10th Floor
   Los Angeles, California 90014
   Telephone: (213) 634-7602
   Facsimile: (213) 282-3133

   *Attorneys for Plaintiffs Immigrant Defenders Law Center; Refugee and Immigrant Center for Education and Legal Services; and The Door*

For the reasons set forth in the Parties' Stipulation, **IT IS SO ORDERED** that the following deadlines shall apply to the post-trial briefing:

1. Plaintiffs' deadline to file their Post-Trial Brief, Proposed Findings of Facts and Conclusions of Law shall be continued from December 5, 2023 to December 19, 2023.

2. Defendants' deadline to file their Post-Trial Brief, Proposed Findings of Facts and Conclusions of Law shall be shall be continued from January 8, 2024 to January 22, 2024.

3. Plaintiffs' deadline to file their Reply Brief shall be continued from January 22, 2024 to February 5, 2024.

IT IS SO ORDERED.

Dated: December 1, 2023                    _____/s/_____
                                            Hon. Fernando M. Olguin
                                            United States District Judge