1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  IMMIGRANT DEFENDERS LAW CENTER; et al.,

11           Plaintiffs,

12     v.

13  U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,

14

15           Defendants.

No. 2:21-cv-00395-FMO-RAOx

**ORDER GRANTING JOINT STIPULATION [286] TO EXTEND THE REMAINING POST-TRIAL BRIEFING SCHEDULE**

Hon. Fernando M. Olguin

16
17
18
19
20
21
22
23
24
25
26
27
28

For the reasons set forth in the Parties' Stipulation, IT IS SO ORDERED that the following deadlines shall apply to the post-trial briefing:

1. Defendants' deadline to file their Post-Trial Brief and Proposed Findings of Facts and Conclusions of Law shall be continued from January 22, 2024 to January 29, 2024.

2. Plaintiffs' deadline to file their Reply Brief shall be continued from February 5, 2024 to February 12, 2024.

IT IS SO ORDERED.

Dated: January 22, 2024

      /s/ Fernando M. Olguin
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief
Complex and Defensive Litigation Section

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants

1