# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-0395 FMO (RAOx) | Date | **November 18, 2024** |
|---|---|---|---|
| Title | **Immigrant Defenders Law Center, et al. v. U.S. Department of Homeland Security, et al.** | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   **(In Chambers) Order Re: Supplemental Briefing**

Having reviewed and considered the post-trial briefing filed by the parties, the court is inclined to find defendants liable for violations of the Administrative Procedure Act, 5 U.S.C. § 701, et seq., and the Due Process Clause, provided plaintiffs can establish standing in accordance with the Supreme Court's decision in Food and Drug Administration v. Alliance for Hippocratic Medicine, 602 U.S. 367, 144 S.Ct. 1540 (2024), and the Ninth Circuit's decision in Arizona All. for Retired Americans v. Mayes, 117 F.4th 1165 (9th Cir. 2024). Under the circumstances, the court finds it prudent to order supplemental briefing on the issue of organizational standing. Accordingly, IT IS ORDERED that:

1. Plaintiffs shall, no later than **December 6, 2024**, file a Supplemental Brief Re: Standing, not to exceed ten (10) pages, addressing whether plaintiffs have organizational standing. Plaintiffs may reference their prior declarations or submit supplemental declarations as appropriate.

2. Defendants shall file their Responsive Supplemental Brief Re: Standing, not to exceed ten (10) pages, no later than **December 20, 2024**.

3. Plaintiffs shall file a Reply in Support of Their Supplement Brief no later **January 3, 2025**. Plaintiffs' Reply shall not exceed seven (7) pages.

Initials of Preparer   vdr