# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IMMIGRANT DEFENDERS LAW CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-00395 FMO (RAOx) <br><br> **ORDER GRANTING JOINT STIPULATION [305] TO EXTEND BRIEFING DEADLINES RE: REMEDIES** <br><br> Judge: Hon. Fernando M. Olguin |

For the reasons set forth in the Parties' Joint Stipulation to Extend Briefing Deadlines re: Remedies, IT IS SO ORDERED that the following deadlines shall apply to the Parties' briefing with respect to remedies:

1. Plaintiffs' deadline to file their opening brief with respect to remedies shall be continued from March 31, 2025 to April 7, 2025.

2. Defendants' deadline to file their opposing brief with respect to remedies shall be continued from April 14, 2025 to April 28, 2025.

3. Plaintiffs' deadline to file their reply brief with respect to remedies shall be continued from April 24, 2025 to May 8, 2025.

IT IS SO ORDERED.

Dated: March 31, 2025

/s/
Hon. Fernando M. Olguin
United States District Judge